IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 1:03CR245 |
| | ) | |
| Plaintiff, | ) | JUDGE GWIN |
| | ) | |
| vs. | ) | |
| | ) | |
| DANIEL SZYMANSKI, | ) | |
| | ) | |
| Defendant. | ) | |

JUDGMENT SATISFACTION

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Northern District of Ohio is hereby authorized and empowered to satisfy and cancel said judgment of record.

STEVEN M. DETTELBACH
UNITED STATES ATTORNEY

By: /s/Alex A. Rokakis
ALEX A. ROKAKIS #0029078
Assistant U. S. Attorney
Phone: (216) 622-3673
E-Mail: Alex.Rokakis@usdoj.gov
FAX: (216) 522-4542